IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES ARMSTRONG,<br>Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 19-cv-5210 |
| KATHY BRITTAIN, et al.<br>Respondents. | : | |

**O R D E R**

AND NOW, this 14th day of July, 2021, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski and the objections filed thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER,    J.