IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES ARMSTRONG,** : | |
|     Petitioner, : | |
| : | |
|     v. : | CIVIL ACTION NO. 19-CV-5210 |
| : | |
| **KATHY BRITTAIN**, *et al.*, : | |
|     Respondents. : | |

## ORDER

**AND NOW**, this 8th day of November, 2022, in consideration of Petitioner James Armstrong's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 53), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of subject matter jurisdiction without prejudice to Armstrong's right to file with the United States Court of Appeals for the Third Circuit an application to file a second or successive habeas petition. *See* 28 U.S.C. § 2244(b)(3)(A).

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

_____
**BERLE M. SCHILLER, J.**